JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TERRELL WILLIAMS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARREN L. MONTGOMERY, ) <br> ) <br> Respondent. ) <br> _____ ) | NO. CV 16-3126-AB (KS) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 26, 2017

_____
ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE